AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berrigan, Helen G | Eastern District of Louisiana | 05/13/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street, Room C-556 <br> United States Courthouse <br> New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Louisiana State Bar Assn. Post Conviction Representation Committee |
| 2. Member | Board of New Orleans Federal Bar Association |
| 3. Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 4. Member | Board of Trustees, Louisiana State University, Law Center |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | West Services, Inc.; Book Royalties | $ 1,164.26 |
| 2. 2007 | LSU Law School; Teaching | $ 1,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Berrigan, Litchfield, Mann, Traina & Bolner Law Firm -- Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | 11/30/07 -- 12/02/07 | New Haven, CT | Speech | Airfare, Hotel & Meals |
| 2. | Loyola Law School | 05/19/07 -- 05/20/07 | Los Angeles, CA | Commencement Speech | Airfare, Hotel & Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/07 |

8. _____

9. _____

10. _____

11. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/07 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/07 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citigroup-Common Stock | C | Dividend | L | T | | | | | |
| 2.  IBM - Common Stock | B | Dividend | M | T | | | | | |
| 3.  Tri-Continental Corp.  Mutual Fund | B | Dividend | L | T | | | | | |
| 4.  Legg-Mason Partners Fund (See VII) | A | Dividend | K | T | | | | | |
| 5.  T. Rowe Price Growth Stock Mutual Fund | C | Dividend | L | T | | | | | |
| 6.  Profit Sharing Plan  (See VIII) | B | Dividend | K | T | | | | | |
| 7.  IRA Plan  (See VIII ) | A | Dividend | L | T | | | | | |
| 8.  Liberty Financial Services, N.O., LA (common stock) ● | C | Dividend | L | T | | | | | |
| 9.  Rental Property #1  New Orleans, LA ● Appra. 8/21/85 | D | Rent | N | Q | | | | | |
| 10.  Profit Sharing Plan ● (See VIII) | E | Int./Div. | O | T | | | | | |
| 11.  Exxon Corp. Common Stock | B | Dividend | M | T | | | | | |
| 12.  General Electric Common Stock | B | Dividend | L | T | | | | | |
| 13.  ONEOK Common Stock | B | Dividend | L | T | | | | | |
| 14.  Westar Energy, Inc.; Common Stock | A | Dividend | D | T | | | | | |
| 15.  Fidelity Advisor - High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 16.  Van Kamp Senior Loan Fund FDCL IB | B | Dividend | K | T | | | | | |
| 17.  Command Money Fund  (Wachovia Securities) | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Internationl Paper Co. Common Stock | A | Dividend | J | T | | | | | |
| 19. ING Golden Select Guarntee Annuity | C | Dividend | K | T | | | | | |
| 20. Dryden Ultra Short Bond Fund | C | Dividend | M | T | Sale | 9/07 | K | A | Exchange Transaction |
| 21. Wrigley WM Jr. Co. Common Stock | A | Dividend | K | T | | | | | |
| 22. Bank of America Corp.; Common Stock | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 24. AT& T, Inc. Common Stock(X) | A | Dividend | J | T | | | | | |
| 25. Allstate Common Stock (X) | A | Dividend | J | T | | | | | |
| 26. Coca Cola Common Stock (X) | A | Dividend | J | T | | | | | |
| 27. Dupont E.I. DeMours Common Stock (X) | A | Dividend | J | T | | | | | |
| 28. Fifth Third Bankcorp. Common Stock | A | Dividend | J | T | | | | | |
| 29. Washington Mutual (X) | A | Dividend | J | T | | | | | |
| 30. Vanguard Money Market (X) | A | Dividend | K | T | Sale | 12/07 | K | A | Exchange Transaction |
| 31. Capital Income Builder Class A (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII # 4
Solomon Bros. Fund was acquired by Legg Mason.

Section VII # 6
Profit sharing plan is invested in Dreyfous Growth and Income Mutual Fund & Dreyfous Growth and Opportunity Mutual Fund.

Section VII # 7
IRA plan is invested in Dreyfous New Lenders Mutual Fund.

Section VII #10 List of individual stocks, bonds and mutual funds that make up ▊▊▊▊▊ retirement account:

Bellsouth Corp., BP PLC Spons ADR, Chevron Corporation, CLECO Corporation, Consolidated Edison, Inc., Dominion Res. Inc. Va New, Glatfelter, Indonesian Diamond LTD,
Kinder Morgan Energy Partners LP, New Plan Excel Realty, Penn Real Estate, Simon Property Group, Tanger Factory Outlet, The Southern Company, Verizon Communications,
WD-40 Company Common, Entergy Louisiana, Metlife, Natural Rural Utilities, SBC Communications, Sherwin Williams, Simon PPTY Group, Fidelity Advisor Service,
Dryden High Yield Fund, Pioneer High Yield Fund, Van Kampen, ACM Income Fund, Inc., American Strategic Income Portfolio, Scudder Rreef Real Estate FD2, MFS Charter Income Tr SBI,
AT&T Inc., John Hancock Patriot Premium Dividend FDI, Citizen Communications, Teppco Partners LP, AES TR III 6.75% PFD, Georgia Power, Pimco High Income F.D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Berrigan, Helen G | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-556<br>United States Courthouse<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Louisiana State Bar Assn. Post Conviction Representation Committee |
| 2. Member | Board of New Orleans Federal Bar Association |
| 3. Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 4. Member | Board of Trustees, Louisiana State University, Law Center |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 13 A 11: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | West Services, Inc.; Book Royalties | $ 1,164.26 |
| 2. 2007 | LSU Law School; Teaching | $ 1,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Berrigan, Litchfield, Mann, Traina & Bolner Law Firm -- Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | 11/30/07 -- 12/02/07 | New Haven, CT | Speech | Airfare, Hotel & Meals |
| 2. | Loyola Law School | 05/19/07 -- 05/20/07 | Los Angeles, CA | Commencement Speech | Airfare, Hotel & Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Citigroup-Common Stock | C | Dividend | L | T | | | | | |
| 2.   IBM - Common Stock | B | Dividend | M | T | | | | | |
| 3.   Tri-Continental Corp. Mutual Fund | B | Dividend | L | T | | | | | |
| 4.   Legg-Mason Partners Fund (See VII) | A | Dividend | K | T | | | | | |
| 5.   T. Rowe Price Growth Stock Mutual Fund | C | Dividend | L | T | | | | | |
| 6.   Profit Sharing Plan  (See VIII) | B | Dividend | K | T | | | | | |
| 7.   IRA Plan   (See VIII ) | A | Dividend | L | T | | | | | |
| 8.   Liberty Financial Services, N.O., LA (common stock) ● | C | Dividend | L | T | | | | | |
| 9.   Rental Property #1  New Orleans, LA ●  Appra. 8/21/85 | D | Rent | N | Q | | | | | |
| 10.  Profit Sharing Plan ● (See VIII) | E | Int./Div. | O | T | | | | | |
| 11.  Exxon Corp. Common Stock | B | Dividend | M | T | | | | | |
| 12.  General Electric Common Stock | B | Dividend | L | T | | | | | |
| 13.  ONEOK Common Stock | B | Dividend | L | T | | | | | |
| 14.  Westar Energy, Inc.; Common Stock | A | Dividend | | T | | | | | |
| 15.  Fidelity Advisor - High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 16.  Van Kamp Senior Loan Fund FDCL IB | B | Dividend | K | T | | | | | |
| 17.  Command Money Fund  (Wachovia Securities) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Internationl Paper Co. Common Stock | A | Dividend | J | T | | | | | |
| 19. ING Golden Select Guarntee Annuity | C | Dividend | K | T | | | | | |
| 20. Dryden Ultra Short Bond Fund | C | Dividend | M | T | Sale | 9/07 | K | A | Exchange Transaction |
| 21. Wrigley WM Jr. Co. Common Stock | A | Dividend | K | T | | | | | |
| 22. Bank of America Corp.; Common Stock | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 24. AT& T, Inc. Common Stock(X) | A | Dividend | J | T | | | | | |
| 25. Allstate Common Stock (X) | A | Dividend | J | T | | | | | |
| 26. Coca Cola Common Stock (X) | A | Dividend | J | T | | | | | |
| 27. Dupont E.I. DeMours Common Stock (X) | A | Dividend | J | T | | | | | |
| 28. Fifth Third Bankcorp. Common Stock | A | Dividend | J | T | Buy | 10/07 | J | | |
| 29. Washington Mutual (X) | A | Dividend | J | T | | | | | |
| 30. Vanguard Money Market (X) | A | Dividend | K | T | Sale | 12/07 | K | A | Exchange Transaction |
| 31. Capital Income Builder Class A (X) | A | Dividend | K | T | | | | | |
| 32. Teppo Partners LP ● Common Stock | A | Dividend | J | T | Buy | 6/07 | J | | |
| 33. AES TR III 6.75 % ● Preferred Stock | A | Dividend | J | T | Buy | 6/07 | J | | |
| 34. Georgia Pacific ● Preferrred Stock | A | Dividend | J | T | Buy | 7/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco High Income F.D ● Common Stock | A | Dividend | J | T | Buy | 1/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII # 4
Solomon Bros. Fund was acquired by Legg Mason.

Section VII # 6
Profit sharing plan is invested in Dreyfous Growth and Income Mutual Fund & Dreyfous Growth and Opportunity Mutual Fund.

Section VII # 7
IRA plan is invested in Dreyfous New Lenders Mutual Fund.

Section VII #10 List of individual stocks, bonds and mutual funds that make up ████████ retirement account:

Bellsouth Corp., BP PLC Spons ADR, Chevron Corporation, CLECO Corporation, Consolidated Edison, Inc., Dominion Res. Inc. Va New, Glatfelter, Indonesian Diamond LTD,
Kinder Morgan Energy Partners LP, New Plan Excel Realty, Penn Real Estate, Simon Property Group, Tanger Factory Outlet, The Southern Company, Verizon Communications,
WD-40 Company Common, Entergy Louisiana, Metlife, Natural Rural Utilities, SBC Communications, Sherwin Williams, Simon PPTY Group, Fidelity Advisor Service,
Dryden High Yield Fund, Pioneer High Yield Fund, Van Kampen, ACM Income Fund, Inc., American Strategic Income Portfolio, Scudder Rreef Real Estate FD2, MFS Charter Income Tr SBI,
AT&T Inc., John Hancock Patriot Premium Dividend FDI, Citizen Communications, Teppco Partners LP, AES TR III 6.75% PFD, Georgia Power, Pimco High Income F.D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544